

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-90,843-02 & 90,843-03

**EX PARTE NELSON ISAC FERNANDEZ-LOPEZ, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 114-0079-18-A & 114-1652-18-B IN THE 114TH DISTRICT COURT FROM SMITH COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of unlawful interception, use, or disclosure of wire, oral, or electronic communications and organized criminal activity, and sentenced to ten years and forty-five years' imprisonment respectively. The Twelfth Court of Appeals affirmed his convictions. *Fernandez- Lopez v. State*, Nos. 12-19-00110-CR & 12-19-00133-CR (Tex. App. — Tyler, Sept. 9, 2020). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On February 9, 2021, the trial court entered an order designating issues. The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the applications were forwarded before the trial court made findings of fact

and conclusions of law.  We remand these applications to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order.  The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions.  *See* TEX. R. APP. P. 73.4(b)(4).  Any extensions of time must be requested by the trial court and obtained from this Court.


Filed: December 7, 2022
Do not publish